*E-filed 10/23/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL NETWORKS NORTH AMERICA, INC. a Delaware Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>NUMARK INDUSTRIES, LLC, a Rhode Island limited liability company,<br><br>            Defendant.<br>_____/ | Case No. C06-07169 HRL<br><br>**ORDER ON DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT NOVEMBER 6, 2007 HEARING**<br><br>Re: Docket No. 40 |

Having considered Defendant Numark Industries, LLC's request to appear by telephone at the hearing on Plaintiff's Motion to Compel and Motion for Sanctions, set for November 6, 2007 at 10:00 a.m., and good cause appearing, the court grants the request. Counsel shall contact the courtroom deputy at (408) 535-5365 well in advance of the hearing to arrange the telephonic appearance.

**IT IS SO ORDERED.**

Dated: 10/23/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Dwight Craig Donovan Dwight@mbvlaw.com

H. Ann Liroff ann.liroff@berliner.com, rebecca.revelez@berliner.com

Byron L McMasters bmcmasters@duffysweeney.com

Jonathan Steven O'Donnell jon@mbvlaw.com, maxine@mbvlaw.com

Craig M. Scott cscott@duffysweeney.com, ehanson@duffysweeney.com

Frank James Weiss frank@tonkon.com, judya@tonkon.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 10/23/07

                /s/  KRO

Chambers of Magistrate Judge Howard R. Lloyd