*E-filed 10/24/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL NETWORKS NORTH AMERICA, INC. a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>NUMARK INDUSTRIES, LLC, a Rhode Island limited liability company,<br><br>  Defendant. | Case No. C06-07169 HRL<br><br>**ORDER ON MOTION TO SHORTEN TIME FOR HEARING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**<br><br>Re: Docket No. 52 |

This matter is before the Court on the Application of Defendant Numark Industries, LLC for an Order Shortening Time on Motion for Protective Order; and Order Suspending Deposition. The Court, having considered the Application and supporting documents submitted in connection therewith, and finding good cause therefore, orders as follows:

The Application for an Order Shortening Time is GRANTED.  Opposition, if any, shall be filed and served by Plaintiff on **October 26, 2007**.  Defendant's Reply, if any, shall be filed and served on **October 30, 2007**.  The matter shall be deemed submitted on the papers following the reply deadline.

The deposition of Michael Grange currently noticed for October 30, 2007 is suspended pending resolution of Defendant's Motion for a Protective Order.

1   In the meantime, the parties are ordered to meet and confer regarding a mutually
2   convenient time to reschedule this deposition.[1]  If the parties are unable to agree to a deposition
3   date prior to November 2 (the discovery cut-off date), Plaintiff may seek leave of the court to
4   conduct this deposition after the close of discovery.

5   The parties shall immediately notify the court if this dispute is resolved.

7   **IT IS SO ORDERED.**

9   Dated: 10/24/07



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] If either party fails to reasonably meet and confer, sanctions will be issued.

2

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Dwight Craig Donovan Dwight@mbvlaw.com

H. Ann Liroff ann.liroff@berliner.com, rebecca.revelez@berliner.com

Byron L McMasters bmcmasters@duffysweeney.com, cscott@duffysweeney.com, ehanson@duffysweeney.com, lspink@duffysweeney.com

Jonathan Steven O'Donnell jon@mbvlaw.com, maxine@mbvlaw.com

Steven D. Olson steveno@tonkon.com

Craig M. Scott cscott@duffysweeney.com, ehanson@duffysweeney.com

Frank James Weiss frank@tonkon.com, judya@tonkon.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 10/24/07

/s/  KRO

Chambers of Magistrate Judge Howard R. Lloyd